ACCEPTED
03-15-00325-CV
6817891
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/8/2015 9:29:05 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/8/2015 9:29:05 AM

JEFFREY D. KYLE
Clerk

September 8, 2015

Third Court of Appeals
Jeffrey D. Kyle, Clerk
Price Daniel Sr. Building
209 West 14th St., Room 101
Austin, Texas 78701

Re:  Case No. 03-15-00325-CV; *Texas Health and Human Services Commission v. Jessica Lukefahr;* Third Court of Appeals, Travis County, Texas

Dear Mr. Kyle:

Please be advised that the undersigned counsel will be on vacation and out of town or unavailable from Monday, September 14th through and including Friday, September 18th, 2015. I respectfully request that no hearings or deadlines be scheduled during that period.

Thank you for your attention, and please advise if you have any questions.

Very truly yours,

/s/ Kara Holsinger
Kara Holsinger
Assistant Attorney General
Administrative Law Division
Telephone: 512-475-4203
Facsimile: 512-474-1062

cc: Maureen O'Connell                          Via: Electronic Service
Southern Disability Law Center
1307 Payne Avenue
Austin, Texas 78757
moconnell458@gmail.com